## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America** | **No.  CR-22-01441-001-TUC-JGZ (LCK)** |
| v. | **JUDGMENT AND COMMITMENT REVOCATION OF SUPERVISED RELEASE** |
| **Pansy Shalmarie Juan** | Stephanie Joan Meade (CJA)<br>Attorney for Defendant |

USM#: 99768-509

On 9/16/2022 the defendant, present with counsel, appeared for sentencing for violating, Title 8 U.S.C. §§1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i), Conspiracy to Transport Illegal Aliens for the Purpose of Commercial Advantage or Private Financial Gain, Class C Felony offense, as charged in the Information.

The defendant was sentenced to a term of SIX (6) MONTHS imprisonment and upon release, THIRTY-SIX (36) MONTHS of supervised release to follow.

On 7/13/2023 the United States Probation Office filed a petition to revoke the term of supervised release.

On 1/4/2024 the defendant appeared with counsel and admitted allegation C as reflected in the petition to revoke filed in this matter. The matter now comes on for disposition.

**IT IS ORDERED** that the term of supervised release imposed on 9/16/2022 is hereby **REVOKED** and the defendant is committed to the custody of the Bureau of Prisons for a term of **FOUR (4) MONTHS** and upon release, **THIRTY (30) MONTHS** of supervised release to follow.

**IT IS FURTHER ORDERED** that all remaining allegation(s) are dismissed.

### SPECIAL CONDITIONS

In addition to the mandatory and standard conditions of supervised release pursuant to General Order 17-18, the defendant shall also comply with the following special conditions:

1) You must participate as instructed by the probation officer in a program of substance abuse treatment, which may include testing for substance abuse. If substance use treatment includes inpatient treatment and you object, the probation officer must seek court authorization first. You must contribute to the cost of treatment in an amount to be determined by the probation officer.

CR-22-01441-001-TUC-JGZ (LCK)                                                    Page 2 of 2
USA vs. Pansy Shalmarie Juan

2)   You must submit to substance abuse testing. You must not attempt to obstruct or tamper with the testing methods. You must contribute to the cost of testing in an amount to be determined by the probation officer.

3)   You must submit your person, property, house, residence, vehicle, papers, or office to a search conducted by a probation officer. Failure to submit to a search may be grounds for revocation of release. You shall warn any other occupants that the premises may be subject to searches pursuant to this condition.

4)   You must participate in a mental health assessment and participate in outpatient mental health treatment as determined to be necessary by a medical or mental health professional and follow any treatment directions by the treatment provider. You must take medicine as prescribed by a medical professional providing mental health treatment, unless you object, in which event you must immediately notify the probation officer. You must contribute to the cost of treatment in an amount to be determined by the probation officer.

5)   You must reside at and participate in a Residential Reentry Center, a residential substance abuse treatment program, a 12-step based halfway house, a sober-living environment, or any combination thereof as approved and directed by the probation officer for up to 180 days, unless discharged earlier by the probation officer. You must follow all rules and regulations. You shall contribute to programming costs in an amount determined by the probation officer.

6)   You must not use or possess alcohol or alcoholic beverages.

**IT IS FURTHER ORDERED** that the defendant is given credit for time served.

**THE DEFENDANT IS ADVISED OF DEFENDANT'S RIGHT TO APPEAL BY FILING A NOTICE OF APPEAL IN WRITING WITHIN 14 DAYS OF ENTRY OF JUDGMENT.**

The Court orders commitment to the custody of the Bureau of Prisons.

Date of Imposition of Sentence:  **Tuesday, February 20, 2024**

Dated this 20th day of February, 2024.

Jennifer G. Zipps
United States District Judge